# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-55343
Case Name: STRAUSS, VICKI L.
Trustee Name: RICHARD A. WILSON

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |
| _____ | $ _____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: RICHARD A. WILSON | $ 612.69 | $ 19.20 |
| Attorney for trustee: | $ | $ |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |
| Other: | $ | $ |

FILED 2010 SEP -9 PM 1:44 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO AKRON

Applications for prior chapter fees and administrative expenses have been filed as follows:

|                     | Reason/Applicant | Fees | Expenses |
|---------------------|------------------|------|----------|
| Attorney for debtor: |                 | $    | $        |
| Attorney for:        |                 | $    | $        |
| Accountant for:      |                 | $    | $        |
| Appraiser for:       |                 | $    | $        |
| Other:               |                 | $    | $        |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|--------------|----------|-----------------------|------------------|
|              |          | $                     | $                |
|              |          | $                     | $                |
|              |          | $                     | $                |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,813.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.8 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|--------------|----------|-----------------------|------------------|
| 1 | American Infosource Lp As Agent for | $ 1,816.94 | $ 196.56 |
| 2 | Chase Bank USA, N.A. | $ 4,532.50 | $ 490.33 |
| 3 | Summa Health System | $ 587.01 | $ 63.50 |
| 4 | Summa Health System | $ 29.78 | $ 3.22 — chk # 1008 |

ck # 1008
receipt # 81757

UST Form 101-7-TFR (9/1/2009) (Page: 8)